May 31, 2023



Noah M. Weissman
Partner
Direct: 212-541-2028
Fax: 212-541-1428
nmweissman@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
United States District Court for the S.D.N.Y.
40 Foley Square
New York, NY 10007

<u>Via ECF</u>

      Re:   *Bur-Tex Hosiery, Inc. v. World Tech Toys, Inc., et al.*,
            <u>Case No. 1:23-cv-03454-LGS</u>

Dear Hon. Schofield:

Defendants Inov8 Marketing, LLC ("Inov8"), Jack Safdeye, David Linker, and World Tech Toys, Inc. ("WTT") hereby submit this letter pursuant to the Court's Order dated May 18, 2023.

We have been advised by the clients that: David Linker is and was as of October 17, 2022 a citizen of the State of North Carolina; Inov8 is a single member New York limited liability company with its principal place of business at all times in the State of New York; and, Inov8's sole member, Jack Safdeye, is and was as of October 17, 2022, a citizen of the State of New York. WTT previously submitted the facts pertinent to its citizenship in a letter to this Court on May 17, 2023.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Noah M. Weissman

**Noah M. Weissman**
Partner