UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUR-TEX HOSIERY INC.,
                      Plaintiff,

         -against-                       23 Civ. 3454 (LGS)

WORLD TECH TOYS, INC., et al.,         ORDER
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for June 28, 2023, at 4:10 P.M.  It is hereby

      **ORDERED** that the June 28, 2023, initial pretrial conference is **RESCHEDULED** to **June 28, 2023, at 4:00 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333.

Dated:  June 27, 2023
          New York, New York

                                            LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**