UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BUR-TEX HOSIERY INC.,
                        Plaintiff,

           -against-                            23 Civ. 3454 (LGS)

WORLD TECH TOYS, INC., et al.,              ORDER
                         Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on June 28, 2023. For the reasons discussed at the conference, it is hereby

       **ORDERED** that Plaintiff shall file an Amended Complaint by **July 7, 2023**. It is further

       **ORDERED** that Defendants' motion to dismiss shall be briefed as follows:

- By **July 21, 2023,** Defendants shall file their motion, with a memorandum of law in support not to exceed twenty-five pages.
- By **August 4, 2023**, Plaintiff shall file its opposition, not to exceed twenty-five pages.
- By **August 11, 2023**, Defendants shall file their reply, not to exceed ten pages.

The parties shall comply with the Court's Individual Rules regarding motions.

       A Case Management Plan and Scheduling Order will issue separately. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties are apprised that extensions of discovery are disfavored and will be granted only upon a showing of diligence in completing discovery.

Dated: June 29, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE