UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

BUR-TEX HOSIERY, INC., an Alabama corporation,

       Plaintiff,

v.

WORLD TECH TOYS, INC., a California corporation; INOV8 MARKETING LLC, a New York limited liability company; JACK SAFDEYE, an individual; DAVID LINKER, an individual; KEV KOUYOUMIJAN, an individual; WORLD TRADING 23, INC. and DOES 1 through 10, inclusive,

       Defendants.

---------------------------------------------------------X

Case No. 1:23-cv-03454-LGS-SLC

**ORDER GRANTING MOTION TO ADMIT MICHAEL STILES *PRO HAC VICE***

       The motion of Michael Stiles of StilesPomeroy LLP for admission to practice *pro hac vice* in this matter is hereby granted.

       Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

       Michael J. Stiles, Esq.
       StilesPomeroy LLP
       595 E. Colorado Blvd., Suite 211
       Pasadena, California  91101
       Ph.: (626) 243-5599
       Fax: (626) 389-0599
       mstiles@stilespomeroy.com

       Applicant having requested admission *pro hac vice* for all purposes as counsel for Defendants Inov8 Marketing LLC, Jack Safdeye, and David Linker in the above-entitled action.

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 126.

Dated: November 8, 2023

_____
HON. SARAH L. CAVE, U.S.M.J.