UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUR-TEX HOSIERY INC.,

                Plaintiff,

-v-

WORLD TECH TOYS, INC., INOV8 MARKETING LLC, JACK SAFDEYE, DAVID LINKER, KEV KOUYOUMIJAN, and WORLD TRADING 23, INC.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 3454 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 129) for a stay of further discovery pending a resolution of Defendants' motion to dismiss (ECF No. 107 (the "Motion")) Plaintiffs' First Amended Complaint (ECF No. 94) is GRANTED. The Court will enter an amended case management plan, if appropriate, following resolution of the Motion.

The Clerk of Court is respectfully directed to close ECF No. 129.

Dated:     New York, New York
           December 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**