UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUR-TEX HOSIERY INC.,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 23 Civ. 3454 (LGS) (SLC)

WORLD TECH TOYS, INC., et al.,                      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 142 is GRANTED.  By **September 10, 2024**:

1. Defendants shall file their response to the Second Amended Complaint (ECF No. 141).

2. The parties shall file a joint letter, no longer than three (3) pages, outlining the scope of, and proposing a schedule for the completion of, any remaining fact and expert discovery.  To the extent the parties disagree about any portion of the proposed discovery schedule, they may set forth their respective proposals without argument.

Dated:      New York, New York
             August 23, 2024

                                                  SO ORDERED.

                                                  _/s/ Sarah L. Cave_
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**