UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUR-TEX HOSIERY INC.,

                 Plaintiff,

-v-                                        CIVIL ACTION NO. 23 Civ. 3454 (LGS) (SLC)

WORLD TECH TOYS, INC., et al.,                     **ORDER**

                 Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at ECF No. 180, the parties were required to file a joint letter advising the Court of the status of the parties' settlement negotiations by August 18, 2025. (ECF No. 180). The parties have not filed such joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the joint letter up to and including **August 22, 2025**.

Dated:     New York, New York
             August 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**