IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUR-TEX HOSIERY, INC., an Alabama corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD TECH TOYS, INC., a California corporation; INOV8 MARKETING LLC, a New York limited liability company; JACK SAFDEYE, an individual; WORLD TRADING 23, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:23-cv-03454-LGS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A), all parties, by and through their undersigned attorneys, hereby stipulate to dismissal with prejudice of all remaining claims that they each have against any other party, with each party to bear its own fees and costs. The parties respectfully request that the Court enter this dismissal and close the action.

4919-5552-4458.1

                                      Respectfully submitted,

Dated: September 18, 2025                 */s/ Jean-Paul Ciardullo*
                                                    Jean-Paul Ciardullo
                                                    (N.Y. State Bar 4495594)
                                                    **FOLEY & LARDNER LLP**
                                                    555 South Flower Street, Suite 3300
                                                    Los Angeles, CA 90071-2418
                                                    Tel.: (213) 972-4500
                                                    Fax: (213) 486-0065
                                                    Email: jciardullo@foley.com
                                                    *Attorneys for*
                                                    *BUR-TEX HOSIERY, INC. and INOV8*
                                                    *MARKETING LLC*


                                                    */s/ Aaron M. McKown*
                                                    Aaron M. McKown
                                                    **McKOWN BAILEY**
                                                    520 Newport Center Drive, Suite 470
                                                    Newport Beach, CA 92660
                                                    (949) 858-3200
                                                    aaron@mckownbailey.com
                                                    *Attorneys for WORLD TECH TOYS, INC.*
                                                     *and WORLD TRADING 23, INC.*


## CERTIFICATION

Aaron McKown gave me permission to file this document with his electronic signature.

                                                    */s/ Jean-Paul Ciardullo*
                                                    Jean-Paul Ciardullo

4919-5552-4458.1