UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUR-TEX HOSIERY INC.,

                          Plaintiff,

        -v-                                              CIVIL ACTION NO. 23 Civ. 3454 (LGS) (SLC)

WORLD TECH TOYS, INC., et al.,                           **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 185, the parties were required to file a stipulation of dismissal (the "SoD") by September 19, 2025.  (See Dkt. No. 185).   On September 18, 2025, the parties attempted to file the SoD.  (See Dkt. No. 186).  The next day, the Clerk of Court noted certain deficiencies in the SoD and directed the parties to re-file it.  (See Dkt. No. 186; Dkt. Entry on September 19, 2025).  On September 23, 2025, the parties attempted to re-file the SoD.  (See Dkt. No. 187).  The Clerk of Court again noted certain deficiencies in the SoD and directed the parties to re-file it.  (See Dkt. No. 187; Dkt. Entry on September 24, 2025). To date, the parties have not re-filed the SoD.

On or before **October 10, 2025**, the parties shall re-file the SoD pursuant to the Clerk of Court's instructions.  (See Dkt. Entry on September 24, 2025).

Dated:        New York, New York
              October 6, 2025

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**